**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMES EVERETT SHELTON** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **PARAMOUNT HOLDING COMPANY,** | : | |
| **LLC, d/b/a Paramount Payment Systems** | : | **NO.   18-2072** |

## ORDER

   **NOW,** this 29th day of May, 2018, upon consideration of the Motion for Permission

to Use ECF/EFiling (Document No. 3), it is **ORDERED** that the motion is **DENIED.**

/s/TIMOTHY J. SAVAGE