UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES EVERETT SHELTON | : | |
|     Plaintiff | : | Civil Action |
| | : | Docket 18-cv-2072-TJS |
| v. | : | |
| | : | |
| Paramount Holding Company, LLC | : | |
|     Defendant | : | |

[PROPOSED] ORDER

AND NOW, this _____ day of June, 2018, in consideration of the defendant's motion to extend time to file a response to the complaint filed in this case, the response thereto, the Court being fully advised, the motion is GRANTED.

Defendant shall file a pleading responsive to the Complaint on or before

_____ 2018.

BY THE COURT

_____
SAVAGE, J
