| | |
|---|---|
| **From:** | **Richard Lipow** richard@lipowlaw.com |
| **Subject:** | James Everett Shelton v. Paramount Holding Company, LLC d/b/a/ Paramount Payment Systems; docket 18-cv-2072(TJS) |
| **Date:** | June 6, 2018 at 12:44 PM |
| **To:** | jeshelton595@gmail.com |
| **Bcc:** | Jared McDaniel jared@paramountpayment.com |

Mr. Shelton:

I represent Paramount, the defendant in the above referenced matter.

I respectfully request an additional 20 days to respond to the Complaint filed and served in this matter.

Kindly advise if you will agree to the extension by 3pm this afternoon. Thank you.

My appearance is attached; a copy has been mailed to you.


Richard N Lipow



prfld.pdf

Richard N. Lipow
Attorney at Law
629 Swedesford Road
Swedesford Corporate Center
Malvern, Pennsylvania 19355
610-251-2500
610-889-9564  fax
richard@lipowlaw.com

Directions to the Office may be obtained here:

http://www.lipowlaw.com/drivingdirections.html

The information contained in this e-mail message is attorney privileged and confidential information intended only for the use of the individual or entity to which it is addressed.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone.

The Law Offices of Richard N. Lipow is a federally designated Debt Relief Agency under the United States Bankruptcy Code.

IRS Circular 230 Notice:  To ensure compliance with requirements imposed by the Internal Revenue Service, please be advised that that United States tax advice contained within this communication, or in any attachment, is not intended or written to be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication, or in any attachment.