| | |
|---|---|
| **From:** | **James Shelton** jeshelton595@gmail.com |
| **Subject:** | Re: James Everett Shelton v. Paramount Holding Company, LLC d/b/a/ Paramount Payment Systems; docket 18-cv-2072(TJS) |
| **Date:** | June 6, 2018 at 12:56 PM |
| **To:** | Richard Lipow richard@lipowlaw.com |



No, your clients have been aware of this for several weeks now, and wanted to be difficult when I reached out to them prior to filing. I have spent significant money, time, and effort to serve your client. You still have plenty of time to file a responsive pleading. I'm sure you can make it a priority.

Thank you kindly,

James Shelton

> On Jun 6, 2018, at 11:44 AM, Richard Lipow <richard@lipowlaw.com> wrote:
>
> Mr. Shelton:
>
> I represent Paramount, the defendant in the above referenced matter.
>
> I respectfully request an additional 20 days to respond to the Complaint filed and served in this matter.
>
> Kindly advise if you will agree to the extension by 3pm this afternoon. Thank you.
>
> My appearance is attached; a copy has been mailed to you.
>
> Richard N Lipow
>
>
> <prfld.pdf>
>
> Richard N. Lipow
> Attorney at Law
> 629 Swedesford Road
> Swedesford Corporate Center
> Malvern, Pennsylvania 19355
> 610-251-2500
> 610-889-9564  fax
> richard@lipowlaw.com
>
> Directions to the Office may be obtained here:
>
> http://www.lipowlaw.com/drivingdirections.html
>
> The information contained in this e-mail message is attorney privileged and confidential information intended only for the use of the individual or entity to which it is addressed.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone.
>
> The Law Offices of Richard N. Lipow is a federally designated Debt Relief Agency under the United States Bankruptcy Code.
>
> IRS Circular 230 Notice:  To ensure compliance with requirements imposed by the Internal Revenue Service, please be advised that that United States tax advice contained within this communication, or in any attachment, is not intended or written to be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication, or in any attachment.