IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON | : CIVIL ACTION |
| v. | : |
| PARAMOUNT HOLDING COMPANY, LLC, d/b/a Paramount Payment Systems | : NO. 18-2072 |

## ORDER

**NOW,** this 7th day of June, 2018, upon consideration of the Motion for extension of time (Document No. 6), and the plaintiff's opposition, it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the defendant shall respond to the complaint no later than **June 20, 2018**.

/s/TIMOTHY J. SAVAGE