# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

JAMES EVERETT SHELTON     :
     Plaintiff                 :          Civil Action
                                 :          Docket 18-cv-2072-TJS
     v.                     :
                                 :
Paramount Holding Company, LLC    :

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Paramount Holding Company, LLC, declares that it has no parent corporation and no publicly traded corporation currently owns 10% or more of its stock.

Dated: 6/11/18

                                      Respectfully submitted,
                                        /s/ RICHARD N. LIPOW
                          By:_____
                          RICHARD N. LIPOW
                          ATTORNEY FOR THE DEFENDANT
                          629 SWEDESFORD ROAD
                          SWEDESFORD CORPORATE CENTER
                          MALVERN PA 19355
                          610-251-2500
                          FAX 610-889-9564
                          EMAIL: RICHARD@LIPOWLAW.COM

## Certification of service

The undersigned certifies that true and correct copies of the foregoing was served by first class mail, on the following:


JAMES EVERETT SHELTON
316 COVER BRIDGE ROAD
KING OF PRUSSIA PA 19406


Respectfully submitted,


/s/ RICHARD N. LIPOW
By:_____
RICHARD N. LIPOW
ATTORNEY FOR THE
DEFENDANT
629 SWEDESFORD ROAD
SWEDESFORD CORPORATE
CENTER
MALVERN PA 19355
610-251-2500
FAX 610-889-9564
EMAIL:
RICHARD@LIPOWLAW.COM