James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
jeshelton595@gmail.com

Plaintiff, Pro Se

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES EVERETT SHELTON | ) | |
| Plaintiff, | ) | Civil Action |
| v. | ) | No. 18-2072 |
| PARAMOUNT HOLDING COMPANY LLC | ) | |
| Defendants | ) | Honorable Timothy J. Savage |

FILED JUN 15 2018 KATE BARKMAN, Clerk By____ Dep. Clerk

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(i)

Plaintiff JAMES EVERETT SHELTON hereby dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff certifies that no answer, motion for summary judgment, or other responsive pleading has been filed by the opposing party in this case.

Respectfully submitted,

Dated: 6/15/2018

/s/James Everett Shelton
James Everett Shelton

## CERTIFICATION OF SERVICE:

Plaintiff JAMES EVERETT SHELTON hereby certifies that a true and correct copy of the foregoing was served by first class mail, on the following:

> Richard N. Lipow, Esq.
> Attorney for Defendant
> 629 Swedesford Road
> Swedesford Corporate Center
> Malvern, PA 19355