James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
jeshelton595@gmail.com

Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON | ) |
| Plaintiff, | ) Civil Action |
| v. | ) No. 18-2072 |
| PARAMOUNT HOLDING COMPANY LLC | ) |
| Defendants | ) Honorable Timothy J. Savage |

FILED
JUN 15 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

**NOTICE IN RESPONSE TO COURT ORDER DATED JUNE 13, 2018 (ECF NO. 10):**

Plaintiff JAMES EVERETT SHELTON, *pro se*, hereby responds to the Court's Order dated June 13, 2018 (ECF No. 10) and states that he has never been a Plaintiff seeking relief under the Americans with Disabilities Act.

Dated: 6/15/2018

/s/James Everett Shelton
James Everett Shelton