IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES EVERETT SHELTON** : | **CIVIL ACTION** |
| : | |
| **v.** : | |
| : | |
| **PARAMOUNT HOLDING COMPANY,** : | |
| **LLC, d/b/a Paramount Payment Systems** : | **NO. 18-2072** |

FILED

JUN 20 2018

KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

**NOW,** this 20th day of June, 2018, this action having been dismissed, the pretrial conference scheduled for June 27, 2018 is **CANCELLED**.

TIMOTHY J. SAVAGE, J.